UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUALITY LOAN SERVICE CORP., | ) | 1:07-cv-1743-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TRUSTEE'S MOTION |
| v. | ) | FOR ORDER TRANSFERRING FUNDS |
| | ) | (DOC. 11) |
| ALL CLAIMANTS TO SURPLUS FUNDS | ) | |
| AFTER TRUSTEE'S SALE OF REAL | ) | ORDER DIRECTING THE TRUSTEE TO |
| PROPERTY, ETC., et al., | ) | SUBMIT FOR SIGNATURE AN ORDER ON |
| | ) | THE MOTION |
| Defendant. | ) | |
| | ) | |

   Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

   On September 8, 2008, Petitioner, claimant United States of America, and the Chapter 7 trustee for petitioners in bankruptcy Adrian and Ruth Herrera all stipulated and moved for an order transferring to the bankruptcy trustee, for holding in a blocked, interest bearing account, the funds that are the subject of this action in the nature of interpleader, consisting of excess proceeds from a non-judicial foreclosure sale of the Herreras' property that is part of the bankruptcy estate. No opposition was filed to the motion, which was served on all parties and/or

counsel who have appeared. By separate order, the hearing on this motion was vacated.

The collection, recovery, and protection of the bankruptcy estate is appropriately undertaken by the trustee. 11 U.S.C. §§ 323, 345, 542-543; In re United Ins. Mgmt., Inc., 14 F.3d 1380, 1386 (9th Cir. 1994); In re Armstrong, 206 F.3d 465, 472 n. 6 (5th Cir. 2000); Lindsey v. Prive Corp., 161 F.3d 886, 890 (5th Cir. 1998).

Accordingly, the motion to transfer funds to the trustee IS GRANTED.

Further, the moving trustee IS DIRECTED to submit, no later than fifteen days after the date of service of this order, to the undersigned Magistrate Judge for signature an order granting the motion and setting forth the appropriate directions and conditions for holding the funds in the account. The order shall have been approved as to form and content by the Petitioner Quality Loan Service Corporation and by all claimants who have appeared in this action, including the United States of America and Tri-Cap Investment Partners, LLC.

IT IS SO ORDERED.

**Dated:   October 7, 2008**             **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE