**David R. Jenkins, #95301**
**DAVID R. JENKINS, P.C.**
**2444 Main Street, Suite 120**
**Post Office Box 1406**
**Fresno, California  93716**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**E-mail: drjbklawyer@sbcglobal.net**

Attorney for Robert Hawkins Chapter 7
Trustee for Adrian & Ruth Herrera

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY LOAN SERVICE CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT: 1137 WEST LOCUST AVENUE, FRESNO, CA 93650,<br><br>Defendants. | Case No.  1:07-cv-01743-OWW-SMS<br><br>Date: October 10, 2008<br>Time: 9:30 a.m.<br>Courtroom 7, Magistrate Judge Snyder<br>2500 Tulare Street, Sixth Floor<br>Fresno, CA |

**ORDER AUTHORIZING AND DIRECTING TRANSFER OF INTERPLED FUNDS**

ROBERT HAWKINS, Chapter 7 Trustee for Adrian and Ruth Herrera ("Trustee"), The United States of America, Department of Treasury, Internal Revenue Service, ("IRS"), Tri-Cap Investment Partners, LLC, ("Tri-Cap"), and Quality Loan Service ("Plaintiff"), who constitute the only parties who have appeared in this case having stipulated and agreed to the entry of this order, as evidenced by the signatures of their counsel of record below, and good cause appearing it is ORDERED that:

1.  The interpled funds that are the subject of this action shall be transferred to Robert Hawkins, Chapter 7 Trustee for Adrian and Ruth Herrera, ("Hawkins") and held in a blocked, interest bearing account subject to further order of the United States Bankruptcy Court in the Herrera Chapter 7 case.

2. The deposited funds shall be held by Hawkins subject to the liens and claims of the parties claiming an interest in and to such funds, in the same manner and with the same priority as such liens and claims had with respect to the interpled funds.

3. The Clerk of the Fresno County Superior Court, shall pay to Hawkins the funds interpled in Fresno County Superior Court Case No. 07-CECG 03764 (the case from which the above captioned case was removed by the United States). Alternatively, if the Fresno County Superior Court Clerk is unwilling to disburse the interpled funds directly to Hawkins, then the Fresno County Superior Court Clerk is hereby ordered to disburse such funds to the Clerk of the United States District Court for the Eastern District of California and, promptly on receipt of such funds, the Clerk of the United States District Court shall disburse the funds to Hawkins.

Approved as to form and content:

Dated: October 9, 2008

Dated: October 9, 2008
United States Department of Justice
Tax Division

**/s/ David R. Jenkins**
David R. Jenkins, Attorney for Robert Hawkins, Trustee

**/s/ Caroline A. Newman**
Caroline A. Newman, Attorney for the United States of America, Department of the Treasury, Internal Revenue Service

Dated: October 10, 2008

Dated: October 7, 2008

**/s/ Seth Harris**
Seth Harris, Attorney for Quality Loan Service Corp.

**/s/ Thomas J. Stolp**
Thomas J. Stolp, Attorney for Tri-Cap Investment Partners, LLC

IT IS SO ORDERED.

**Dated:   October 22, 2008**              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

**David R. Jenkins, P.C.**
2444 Main, Suite 120
Fresno, California 93721
Telephone (559) 264-5695

ORDER AUTHORIZING EMPLOYMENT
OF ATTORNEY FOR TRUSTEE              - 2 -