1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   QUALITY LOAN SERVICE CORP.,          1:07-cv-01743-OWW-SMS

12                  Plaintiff,

13   vs.                             **ORDER CONFIRMING ORDER**
                                     **AUTHORIZING AND DIRECTING**
14   ALL CLAIMANTS TO SURPLUS FUNDS  **TRANSFER OF INTERPLED FUNDS**
     AFTER TRUSTEE'S SALE OF REAL     (Doc. 19)
15   PROPERTY LOCATED AT: 1137 WEST
     LOCUST AVENUE, FRESNO, CA
16   93650,

17                  Defendants.
     _____/
18

19       GOOD CAUSE APPEARING, the Order Authorizing and Directing

20   Transfer of Interpled Funds, signed October 22, 2008, by the

21   Honorable Sandra M. Snyder, United States Magistrate Judge, and

22   filed October 23, 2008 (Doc. 19), is hereby CONFIRMED.

23   IT IS SO ORDERED.

24   **Dated:   January 30, 2009**            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE
25

26

27

28

                                    1