David R. Jenkins, #95301
**DAVID R. JENKINS, P.C.**
**2444 Main Street, Suite 120**
**Post Office Box 1406**
**Fresno, California  93716**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**E-mail: drjbklawyer@sbcglobal.net**

Attorney for Robert Hawkins Chapter 7
Trustee for Adrian & Ruth Herrera

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY LOAN SERVICE CORP., | Case No.  1:07-cv-01743-OWW-SMS |
| Plaintiff, | |
| vs. | |
| ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT: 1137 WEST LOCUST AVENUE, FRESNO, CA 93650, | |
| Defendants. | |

## ORDER DISMISSING CIVIL PROCEEDING WITH PREJUDICE

The parties have, by a separately filed stipulation, stipulated to the dismissal of the above captioned civil proceeding with prejudice and with no award of attorneys fees or costs to any party.  Good cause appearing it is ORDERED that, the above captioned civil proceeding is hereby dismissed with prejudice.  No attorneys fees or costs are awarded to any party herein.

It Is So Ordered.

Dated: February 23, 2009

/s/ OLIVER W. WANGER
Oliver W. Wanger
United States District Judge

David R. Jenkins, P.C.
2444 Main, Suite 120
Fresno, California 93721
Telephone (559) 264-5695